UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRACIELA DONCOUSE, | |
| Plaintiff, | 25 Civ. 1043 (JHR) |
| -v.- | ORDER |
| PYRAMID EFFECT LLC, et al., | |
| Defendants. | |

JENNIFER H. REARDEN, District Judge:

This case has been assigned to this Court for all purposes.  In the Court's experience, cases of this nature often benefit from early mediation.  To that end, by separate Order to be entered today, the Court is referring this case to the Court-annexed Mediation Program.

**Counsel who have entered an appearance as of the date of this Order are directed to (1) notify counsel for all other parties in this action who have not yet appeared by serving upon each of them forthwith a copy of this Order and the Court's Individual Rules and Practices; and (2) file proof of such notice with the Court.**  If unaware of the identity of counsel for those parties who have not yet appeared, counsel receiving this Order must forthwith send a copy of this Order and the Court's Individual Rules and Practices to those parties personally.

SO ORDERED.

Dated: February 7, 2025
New York, New York

Jennifer H. Rearden
JENNIFER H. REARDEN
United States District Judge